IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW B. UMSTEAD, | ) | Case No. 1:26-cv-00074 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| KELLY ROSE, *et al.*, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

For the reasons stated in the Opinion and Order filed on October 28, 2026, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is terminated and dismissed as final. This case is formally closed.

**IT IS SO ORDERED.**

Dated: October 28, 2026

*s/Dan Aaron Polster*
United States District Judge